**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MUSTANG RANCH FEED & TACK,
INC., et al.,

      Plaintiffs,

v.                                  Case No.  8:09-cv-402-T-30TBM

LASKO PRODUCTS, INC.,

      Defendant.
_____/

<u>**ORDER OF DISMISSAL**</u>

The Court has been advised via a Notice of Compliance and Settlement (Dkt. #35) that the

above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla.,

it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice

subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order,

to submit a stipulated form of final order or judgment should they so choose **or** for any party to

move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal

shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed

to close the file.

**DONE** and **ORDERED** in Tampa, Florida on July 20, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2009\09-cv-402.dismiss 35.wpd